IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL R. RAY, #40860-019 | § § | |
| VS. | § § | CIVIL ACTION NO. G-05-550 |
| GARDEN STATE LIFE INSURANCE COMPANY, ET AL. | § § § | |

**O R D E R**

It has been brought to the attention of this Court that Plaintiff, Michael R. Ray, acting *pro se*, has requested the Clerk to issue a subpoena for the production of documents from a non-party to his address in Estill, South Carolina.

The Court, having reviewed the proposed subpoena, finds that Plaintiff has requested a subpoena to issue to the Federal Bureau of Prisons in Atlanta, Georgia, for the production of his "complete medical file/record," to include "any/all medical records, medical reports, lab reports, diagnosis, etc" from March 21, 2003, to the present. Pursuant to Rule 45 of the Federal Rules of Civil Procedure, this Court has no power to issue the proposed subpoena to the non-party entity in Georgia. *Anderson v. Government of the Virgin Islands*, 180 F.R.D. 284, 289 (D.C. V.I. 1998) (citing limitations contained in Rule 45 of the Federal Rules of Civil Procedure); *Highland Tank & MFG. Co. v. PS International, Inc.*, 227 F.R.D. 374, 380-81 (W.D. PA 2005) (same).

The Clerk is **INSTRUCTED** to **RETURN** the submitted documents to Plaintiff **WITHOUT ISSUANCE** of any intended subpoena.

**DONE** at Galveston, Texas this      2nd      day of May, 2007.

_____
John R. Froeschner
United States Magistrate Judge